**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| THOMAS J. BALBONI, JR., | ) | |
| Petitioner, | ) | 3:11-cv-00458-RCJ-RAM |
| vs. | ) | **ORDER** |
| WARDEN, NNCC, *et al.*, | ) | |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding in *pro se*. On June 29, 2011, two habeas corpus actions were opened in this Court on behalf of petitioner: the instant action, and the action filed at case number 3:11-cv-457-RCJ-VPC. In the case filed at 3:11-cv-457-RCJ-VPC, petitioner filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction in state case number CR04-1276. By separate order, the Court allows petitioner's federal habeas action case number 3:11-cv-457-RCJ-VPC to proceed.

The instant action, however, must be dismissed as successive. Petitioner's document initiating the instant action is a "notice of appeal" from the Nevada Supreme Court's order denying his appeal of state case number CR04-1276, the same state criminal conviction he challenges in 3:11-cv-457-RCJ-VPC. (ECF No. 1-1). Petitioner filed a "notice of remittitur" on July 15, 2011, which further indicates that petitioner is challenging his conviction and the Nevada Supreme Court's

denial of his appeal in state case number CR04-1276. (ECF No. 3). Because this action is successive and duplicative of the petitioner's federal habeas petition filed in this Court at 3:11-cv-457-RCJ-VPC, the instant action is dismissed.

**IT IS THEREFORE ORDERED** that the instant action, **3:11-cv-00458-RCJ-RAM**, is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

DATED this 16th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE