1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10   THOMAS J. BALBONI, JR.,          )
                                                        )
11              Petitioner,                    )          3:11-cv-00458-RCJ-RAM
                                                        )
12   vs.                                        )          **ORDER**
                                                        )
13   WARDEN, NNCC, *et al.*,         )
                                                        )
14              Respondents.               )
     _____/

15

16          Petitioner is a state prisoner proceeding in *pro se.*  On June 29, 2011, two habeas corpus

17   actions were opened in this Court on behalf of petitioner:  the instant action, and the action filed at

18   case number 3:11-cv-457-RCJ-VPC.  In the case filed at 3:11-cv-457-RCJ-VPC, petitioner filed a

19   *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction

20   in state case number CR04-1276.  By separate order, the Court allows petitioner's federal habeas

21   action case number 3:11-cv-457-RCJ-VPC to proceed.

22          The instant action, however, must be dismissed as successive.  Petitioner's document

23   initiating the instant action is a "notice of appeal" from the Nevada Supreme Court's order denying

24   his appeal of state case number CR04-1276, the same state criminal conviction he challenges in

25   3:11-cv-457-RCJ-VPC.  (ECF No. 1-1).  Petitioner filed a "notice of remittitur" on July 15, 2011,

26   which further indicates that petitioner is challenging his conviction and the Nevada Supreme Court's

denial of his appeal in state case number CR04-1276.  (ECF No. 3).  Because this action is successive and duplicative of the petitioner's federal habeas petition filed in this Court at 3:11-cv-457-RCJ-VPC, the instant action is dismissed.

IT IS THEREFORE ORDERED that the instant action, **3:11-cv-00458-RCJ-RAM**, is **DISMISSED WITH PREJUDICE.**

IT IS FURTHER ORDERED that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment accordingly.

DATED this 16th day of September, 2011.

UNITED STATES DISTRICT JUDGE

2