AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____ *****_____DISTRICT OF__NEVADA_____

THOMAS J. BALBONI, JR.,

                Petitioner,               JUDGMENT IN A CIVIL CASE

  V.

                                 CASE NUMBER: **3:11-CV-00458-RCJ-WGC**

WARDEN, NNCC, et al.,

                Respondents.

___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_x_     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**  that this action is DISMISSED WITH PREJUDICE. FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

                               **LANCE S. WILSON**
                                   Clerk

                              /s/  M. Campbell
                              Deputy Clerk